UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **04-14033
CR-GRAHAM**

MAGISTRATE JUDGE
LYNCH

21 USC 846
21 USC 841(a)(1)
18 USC 924(c)(1)(A)
18 USC 2

UNITED STATES OF AMERICA,

Plaintiff,

v.

OSCAR LYNDEN KNOWLES, aka "LINDY,"
JAMES LEE SILLS, aka "PEE WEE,"
BERNARD LESLIE COLLIE,
STEVE ROUSSEAU,
CHARLES ANTONIO DENNARD, aka "PRIMETIME,"
DARRELL LAVERN REAVES,
ROBERT LENARD ADAMS,
ANTOINE DIMITRI KNIGHT, aka "NITRO," and
MARLON VANCE SILLS,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From at least as early as November, 2003, the exact date being unknown to the Grand Jury,

to on or about May 24, 2004, in Broward, Palm Beach and Saint Lucie Counties, in the Southern

District of Florida, and elsewhere, the defendants,

**OSCAR LYNDEN KNOWLES, aka "LINDY,"**
**JAMES LEE SILLS, aka "PEE WEE,"**
**BERNARD LESLIE COLLIE,**
**STEVE ROUSSEAU,**
**CHARLES ANTONIO DENNARD, aka "PRIMETIME,"**
**DARRELL LAVERN REAVES,**
**ROBERT LENARD ADAMS,**
**ANTOINE DIMITRI KNIGHT, aka "NITRO,"**
**and**
**MARLON VANCE SILLS,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II

narcotic controlled substance, that is, five (5) kilograms or more of a mixture and substance

containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States

Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846.


## COUNT TWO

On or about April 12, 2004, in Saint Lucie County, in the Southern District of Florida, the

defendant,

**DARRELL LAVERN REAVES,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance,

that is, five hundred (500) grams or more of a mixture and substance containing a detectable amount

of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1) and Title

18, United States Code, Section 2.

2

## COUNT THREE

On or about April 24, 2004, in Martin County, in the Southern District of Florida, the defendant,

### ANTOINE DIMITRI KNIGHT, aka "NITRO,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about May 14, 2004, in Broward County, in the Southern District of Florida, the defendant,

### JAMES LEE SILLS, aka "PEE WEE,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is,  five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about May 24, 2004, in Broward County, in the Southern District of Florida, the defendant,

### OSCAR LYNDEN KNOWLES, aka "LINDY,"

3

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about May 24, 2004, in Broward County, in the Southern District of Florida, the defendant,

### BERNARD LESLIE COLLIE,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of  cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about May 24, 2004, in Palm Beach County, in the Southern District of Florida, the defendant,

### STEVE ROUSSEAU,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

## COUNT EIGHT

On or about May 14, 2004, in Broward County, in the Southern District of Florida, the defendant,

### JAMES LEE SILLS, aka "PEE WEE,"

did knowingly possess one or more firearms, that is, one Glock Model 26 9mm semi-automatic handgun, serial no. FMC190, one Model 915 Smith & Wesson 9mm semi-automatic handgun, serial no. VAD1662, one Model P95-DC Ruger 9mm semi-automatic handgun, serial no 311-67747, and one Model 500A Mossberg 12-gauge pump shotgun, serial no. P648286, in furtherance of one or more drug trafficking crimes for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count One of this Indictment and a violation of Title 21, United States Code, Section 841, as set forth in Count Five of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT NINE

On or about May 14, 2004, in Broward County, in the Southern District of Florida, the defendant,

### JAMES LEE SILLS, aka "PEE WEE,"

did knowingly use and carry a firearm, that is, one Glock semi-automatic handgun, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count One of this Indictment, and a violation of Title 21, United States Code, Section 841(a)(1), as set forth

in Count Five of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT TEN

On or about May 24, 2004, in Broward County, in the Southern District of Florida, the defendant,

### OSCAR LYNDEN KNOWLES, aka "LINDY,"

did knowingly possess one or more firearms, that is, one Glock Model 26 semi-automatic handgun, serial no. FVA688, one Glock Model 17 semi-automatic handgun, serial no. KT704, one Berretta semi-automatic handgun, serial no. 062543-NC, and one AKS-762 SP Poly-Tech rifle, serial no. 386-CW14426, in furtherance of one or more drug trafficking crimes for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count One of this Indictment, and a violation of Title 21, United States Code, Section 841, as set forth in Count Four of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT ELEVEN

On or about May 24, 2004, in Broward County, in the Southern District of Florida, the defendant,

### BERNARD LESLIE COLLIE,

did knowingly possess one or more firearms, that is, one Remington Wingmaster Model 870 12-gauge pump shotgun, serial no. V585479V, and one Model 469 9mm Smith & Wesson semi-automatic handgun, serial no. A867202, in furtherance of one or more drug trafficking crimes for

which the defendant may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, as set forth in Count One of this Indictment and a violation of Title 21, United States Code, Section 841, as set forth in Count Six of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## CRIMINAL FORFEITURE

a.      The allegations of Counts One through Eleven of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which one or more of the defendants has an interest, pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 (d).

b.      Upon conviction of any of the violation(s) of Title 21, United States Code, Sections 841(a)(1) and 846, the defendant(s) shall forfeit to the United States any property constituting or derived from any proceeds which the defendant(s) obtained, directly or indirectly, as the result of such violation(s), and any property which the defendant(s) used or intended to be used in any manner or part to commit or to facilitate the commission of such violation(s).

c. Upon the conviction of any violation of Title 18, United States Code 924(c), the defendant(s)shall forfeit to the United States any firearm or ammunition involved in or used in the commission of said violation, including but not limited to the following:

One Glock Model 26 9mm semi-automatic handgun, serial no. FMC190

One Model 915 Smith and Wesson 9mm semi-automatic handgun, serial no. VAD1662

One Model P95-DC Ruger 9mm semi-automatic handgun, serial no. 311-67747

7

One Model 500A Mossberg 12-gauge pump shotgun, serial no. P648286

One Glock semi-automatic handgun

One Glock Model 26 9mm semi-automatic handgun, serial no. FVA688

One Glock Model 17 9mm semi-automatic handgun, serial no. KT704

One Berretta semi-automatic handgun, serial no. 062543-NC

One AKS-762 SP Poly-Tech rifle, serial no. 386-CW14426

One Remington Wingmaster Model 870 12gauge pump shotgun, serial no. V585479V

One Model 469 9mm Smith and Wession semi-automatic handgun, serial no. A867202

d.. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant(s),

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with a third person;

(3)     has been placed beyond the jurisdiction of the Court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant(s) up to the value of the above forfeitable property and, in addition, to require said defendant(s) to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d).

8

A TRUE BILL

FOREPERSON

_for_ MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** 04-14033 |
| **vs.** | |
| **OSCAR LYNDEN KNOWLES, et al.** | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| | CR-GRAHAM   MAGISTRATE JUDGE |
| | **Superseding Case Information** |
| | LYNCH |

_____Defendants_____

**Court Division:** (Select One)

New Defendant(s)         Yes ____   No ____
Number of New Defendants         ____
Total number of counts         ____

____ Miami     ____ Key West
____ FTL     ____ WPB  _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_   List language and/or dialect  _____

4. This case will take  _14_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _x_ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _Yes_____
   If yes:
   Magistrate Case No.   _04-31-FJL_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ____ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ____ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ? ____ Yes  _X_ No

_Corey Steinberg_
**Corey Steinberg**
**Assistant United States Attorney**
Florida Bar No. 0563234

Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

# 04-14033

CASE NO.

## CR-GRAHAM

LYNCH

Defendant's Name:   **OSCAR LYNDEN KNOWLES**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |
| 5 | Possession with intent to distribute cocaine hydrochloride | 21:841(a)(1) | 20 years<br>$1 million fine<br>3 years supervised release |
| 10 | Possession of a firearm during and in relation to a drug trafficking crime | 18:924(c)(1)(A) | 5 years<br>$250,000 fine<br>3 years supervised release |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

## 04-14033

CASE NO.

GRAHAM

MAGISTRATE JUDGE
LYNCH

Defendant's Name:   **JAMES LEE SILLS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |
| 4 | Possession with intent to distribute cocaine hydrochloride | 21:841(a)(1) | 10 years to Life<br>$4 million fine<br>5 years supervised release |
| 8 | Possession of a firearm during and in relation to a drug trafficking crime | 18:924(c)(1)(A) | 5 years<br>$250,000 fine<br>3 years supervised release |
| 9 | Use and carrying of a firearm during and in relation to a drug trafficking crime | 18:924(c)(1)(A) | 5 years<br>$250,000 fine<br>3 years supervised release |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

CASE NO. **04-14033**

**CR-GRAHAM**

Defendant's Name:   **BERNARD LESLIE COLLIE**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |
| 6 | Possession with intent to distribute cocaine hydrochloride | 21:841(a)(1) | 20 years<br>$1 million fine<br>3 years supervised release |
| 11 | Possession of a firearm during and in relation to a drug trafficking crime | 18:924(c)(1)(A) | 5 years<br>$250,000 fine<br>3 years supervised release |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

CASE NO. **04 - 14033**

GRAHAM

Defendant's Name:   **STEVE ROUSSEAU**

MAGISTRATE JUDGE
LYNCH

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |
| 7 | Possession with intent to distribute cocaine hydrochloride | 21:841(a)(1) | 5-40 years<br>$2 million fine<br>5 years supervised release |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

CASE NO. 04 - 14033

GRAHAM

MAGISTRATE JUDGE

LYNCH

Defendant's Name:   **CHARLES ANTONIO DENNARD**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

# 04 - 14033

CASE NO.

Defendant's Name:   **DARRELL LAVERN REAVES**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |
| 2 | Possession with intent to distribute cocaine hydrochloride | 21:841(a)(1) | 5-40 years<br>$2 million fine<br>5 years supervised release |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

CASE NO. **04-14033**
**CR-GRAHAM**

MAGISTRATE JUDGE
LYNCH

Defendant's Name:   **ROBERT LENARD ADAMS**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

CASE NO. **04-14033**

Defendant's Name:   **ANTOINE DIMITRI KNIGHT**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |
| 3 | Possession with intent to distribute cocaine hydrochloride | 21:841(a)(1) | 5-40 years<br>$2 million fine<br>5 years supervised release |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

CASE NO. 04 - 14033

CR-GRAHAM

Defendant's Name:   **MARLON VANCE SILLS**

MAGISTRATE JUDGE

LYNCH

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 | Conspiracy to possess with intent to distribute cocaine hydrochloride | 21:846 | 10 years to Life<br>$4 million fine<br>5 years supervised release |

# BOND RECOMMENDATION

Defendant:     **OSCAR LYNDEN KNOWLES**


$ _____PTD_____     (Surety, Recognizance, Corporate Surety, Cash)
                   (Jail) (On Bond) (Warrant) (Summons)
                   (Marshals' Custody)


_Corey Steinberg_
Corey Steinberg
Assistant United States Attorney


Last Known Address: 9168 NW Second Street, Coral Springs, FL


Incarceration Facility:  Indian River County Jail


Agent:    SA Richard Piccininni - FDLE

## BOND RECOMMENDATION

Defendant:   **JAMES LEE SILLS**


$ _____PTD_____   (Surety, Recognizance, Corporate Surety, Cash)
                  (Jail) (On Bond) (Warrant) (Summons)
                  (Marshals' Custody)


_____Corey Steinberg_____
Corey Steinberg
Assistant United States Attorney


Last Known Address: 1213 NW 14th Court, Fort Lauderdale, FL


Incarceration Facility:  Indian River County Jail


Agent:    SA Richard Piccininni - FDLE

# BOND RECOMMENDATION

Defendant:    **BERNARD LESLIE COLLIE**


$ _____ PTD _____   (Surety, Recognizance, Corporate Surety, Cash)
                    (Jail) (On Bond) (Warrant) (Summons)
                    (Marshals' Custody)



_Corey Steinberg_
Corey Steinberg
Assistant United States Attorney


Last Known Address: 1345 NW 19th Avenue, Fort Lauderdale, FL


Incarceration Facility:  Indian River County Jail


Agent:    SA Richard Piccininni - FDLE

# BOND RECOMMENDATION

Defendant:   **STEVE ROUSSEAU**


$ ___PTD___        (Surety, Recognizance, Corporate Surety, Cash)
                   (Jail) (On Bond) (Warrant) (Summons)
                   (Marshals' Custody)


                        _Corey Steinberg_
                        Corey Steinberg
                        Assistant United States Attorney


Last Known Address: 4125 Bougainvilla Street, West Palm Beach, FL


Incarceration Facility:  Indian River County Jail


Agent:    SA Richard Piccininni - FDLE

# BOND RECOMMENDATION

Defendant:     **CHARLES ANTONIO DENNARD**


$ _____*PTD*_____     (Surety, Recognizance, Corporate Surety, Cash)
                        (Jail) (On Bond) (Warrant) (Summons)
                        (Marshals' Custody)



_____
Corey Steinberg
Assistant United States Attorney


Last Known Address: 8366 Bermuda Sound Way, Boynton Beach, FL


Incarceration Facility:  Indian River County Jail


Agent:    SA Richard Piccininni - FDLE

## BOND RECOMMENDATION

Defendant:    **DARRELL LAVERN REAVES**

$ _____*P T D*_____  (Surety, Recognizance, Corporate Surety, Cash)
(Jail) (On Bond) (Warrant) (Summons)
(Marshals' Custody)

_Corey Steinberg_
Corey Steinberg
Assistant United States Attorney

Last Known Address: 529 SW Caribbean Circle, Vero Beach, FL

Incarceration Facility:  Indian River County Jail

Agent:    SA Richard Piccininni - FDLE

## <u>BOND RECOMMENDATION</u>

Defendant:      **ROBERT LENARD ADAMS**


$ _____ꝐTD_____   (Surety, Recognizance, Corporate Surety, Cash)
                    (Jail) (On Bond) (Warrant) (Summons)
                    (Marshals' Custody)


_____*Corey Steinberg*_____
Corey Steinberg
Assistant United States Attorney


Last Known Address: 3023 W. Dixie Boulevard, Fort Pierce, FL

Incarceration Facility:  Indian River County Jail

Agent:    SA Richard Piccininni - FDLE

# BOND RECOMMENDATION

Defendant:        **ANTOINE DIMITRI KNIGHT**


$ ____*PTD*____        (Surety, Recognizance, Corporate Surety, Cash)
                      (Jail) (On Bond) (Warrant) (Summons)
                      (Marshals' Custody)


_Corey Steinberg_
Corey Steinberg
Assistant United States Attorney


Last Known Address: 1205 N 24th Street, Fort Pierce, FL


Incarceration Facility:  Indian River County Jail


Agent:    SA Richard Piccininni - FDLE

## BOND RECOMMENDATION

Defendant:      **MARLON VANCE SILLS**


$ _____PTD_____      (Surety, Recognizance, Corporate Surety, Cash)
                     (Jail) (On Bond) (Warrant) (Summons)
                     (Marshals' Custody)


                         *Corey Steinberg*
                         ─────────────────────────
                         Corey Steinberg
                         Assistant United States Attorney


Last Known Address: 3461 NW 3rd Street, Fort Lauderdale, FL


Incarceration Facility:  Indian River County Jail


Agent:    SA Richard Piccininni - FDLE